UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:24-mj-00192 |
| v. | ORDER TO SEAL COMPLAINT, ARREST WARRANT AND RELATED MATERIALS |
| EVA GRACIELA LARA-MARTINEZ, | |
| Defendant. | **UNDER SEAL** |

Based on the Motion of the government, the Court finds that an ongoing criminal investigation may be seriously jeopardized by public disclosure at this time of the criminal complaint and arrest warrant-related documents associated with the above-referenced matter.

IT IS ORDERED that the Criminal Complaint, the supporting affidavit and attachments, the Criminal Complaint and Arrest Warrant, the Return, this Order, the underlying Motion to Seal, and any further pleadings filed in this matter are SEALED until further order of this Court, except that the government may furnish copies of each document to the affiant and the affiant's investigative agency for their investigative needs.

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that the government is authorized to provide copies of the Criminal Complaint and Arrest Warrant, the supporting Affidavit for the Criminal Complaint and Arrest Warrant, the return and any further pleadings to attorneys for any defendants in this case as part of its discovery obligations.

Dated: September 5, 2024

*Stacie F. Beckerman*
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Peter D. Sax*
PETER D. SAX
Assistant United States Attorney